## HEIDER, ADMINISTRATOR *v.* MICHIGAN SUGAR CO.

No. 48. Argued December 8, 1966.—Decided December 12, 1966.

*Gregory M. Pillon* argued the cause for petitioner. With him on the briefs was *Thomas C. Mayer.*

*Harry M. Plotkin* argued the cause for respondent. With him on the brief was *Carl H. Smith.*

PER CURIAM.

The writ is dismissed as improvidently granted.